◼ In the Matter of KEVIN M., Appellant. SOUTH BEACH PSYCHIATRIC CENTER, Respondent. [24 NYS3d 519]—In a proceeding pursuant to Mental Hygiene Law § 9.31 to release the petitioner from a mental health care facility where he was being involuntarily confined and treated, the petitioner appeals from an order of protection of the Supreme Court, Richmond County (Marrazzo, Jr., J.), dated November 6, 2014, barring him, inter alia, from contacting or visiting the home or place of work of Robyn Fenty, also known as Rihanna.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal has been rendered academic and, therefore, must be dismissed, in light of our determination in the related appeal decided herewith (*see Matter of Kevin M.*, 136 AD3d 826 [2016]). Rivera, J.P., Leventhal, Sgroi and Hinds-Radix, JJ., concur.